JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KGV EASY LEASING CORPORATION, a corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br><br>　　Defendant. | CV 08-2350 DSF (RZx)<br><br>JUDGMENT |

　　This matter having come on for hearing on June 16, 2009, and the Court having entered findings of fact and conclusions of law in favor of Defendant,

　　IT IS ORDERED AND ADJUDGED AS FOLLOWS:

　　Judgment is entered in favor of Defendant. Plaintiff shall recover nothing from defendants. Defendant shall recover from plaintiff her costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

DATED: August 5, 2009

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE